| | |
|---|---|
| 1 | STEVEN M. LEVITAN (SBN 148716) |
| 2 | CLARK S. STONE (SBN 202123)<br>MacPHERSON KWOK CHEN & HEID LLP |
| 3 | 1762 Technology Drive, Suite 226<br>San Jose, California  95110 |
| 4 | Phone:  (408) 392-9250<br>Facsimile:  (408) 392-9262 |
| 5 | Email: slevitan@macpherson-kwok.com<br>         cstone@macpherson-kwok.com |
| 6 | Attorneys for Plaintiff |
| 7 | SHERMAN & ASSOCIATES, INC. |
| 8 | HENRY C. BUNSOW (SBN 60707) |
| 9 | ROBERT F. KRAMER (SBN 181706)<br>HOWREY LLP |
| 10 | 525 Market Street, Suite 3600<br>San Francisco, California, 94105 |
| 11 | Phone:  (415) 848-4900<br>Facsimile:  (415) 848-4999 |
| 12 | Email: bunsowH@howrey.com<br>         kramerR@howrey.com |
| 13 | Attorneys for Defendants |
| 14 | ASM INTERNATIONAL N.V.<br>and ASM AMERICA, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 5/4/06*

| | |
|---|---|
| SHERMAN & ASSOCIATES, INC., a California Corporation,<br><br>          Plaintiff<br><br>v.<br><br>ASM INTERNATIONAL N.V., a Netherlands Corporation, and ASM AMERICA, INC., a Delaware Corporation,<br><br>          Defendants. | Case No. C-05-05008 RMW<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br> **ORDER**<br><br>Date: May 5, 2006<br>Time:  10:30 a.m.<br>Before:  Hon. Ronald M. Whyte |

The parties in this case have reached an agreement fully resolving this dispute and are in the process of finalizing a Settlement Agreement that will result in a dismissal with prejudice of

all claims against all parties in this action. The parties expect to complete and submit a Proposed Order of Dismissal With Prejudice terminating this case within the next thirty (30) days. Accordingly, Plaintiff SHERMAN & ASSOCIATES, INC. and Defendant ASM AMERICA, INC. respectfully jointly request the Court to vacate the current Case Management Conference in this case, set for May 5, 2006 at 10:30 a.m., and continue the Case Management Conference and all related dates, including the selection of an ADR procedure. If the case is not finally settled within the next thirty days, the parties will file a Proposed Case Management Schedule within ten days thereafter.

Respectfully submitted,

DATED: April 24, 2006                     MACPHERSON KWOK CHEN & HEID LLP

By _____/s/_____
Clark S. Stone
Attorneys for Plaintiff
SHERMAN & ASSOCIATES, INC.

DATED: April 24, 2006                     HOWREY LLP

By _____/s/_____
Robert F. Kramer
Attorneys for Defendant
ASM AMERICA, INC.

**ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED
The Case Management Conference is continued to June 9, 2006 @ 10:30 a.m.

DATED: _5/4/06_____          By __/s/ Ronald M. Whyte_____
Hon. Ronald M. Whyte
JUDGE OF THE DISTRICT COURT

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE—Case No.  C-05-05008 RMW          2

**ATTESTATION OF SIGNATURE**

(General Order 45)

Pursuant to N.D. Cal. General Order 45, I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories and I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document:

Dated: April 24, 2006                    MACPHERSON KWOK CHEN & HEID LLP

                                         By _____/s/_____
                                                Clark S. Stone