STEVEN M. LEVITAN (SBN 148716)
CLARK S. STONE (SBN 202123)
MacPHERSON KWOK CHEN & HEID LLP
1762 Technology Drive, Suite 226
San Jose, California  95110
Phone:  (408) 392-9250
Facsimile:  (408) 392-9262
Email:  slevitan@macpherson-kwok.com
        cstone@macpherson-kwok.com

Attorneys for Plaintiff
SHERMAN & ASSOCIATES, INC.

HENRY C. BUNSOW (SBN 60707)
ROBERT F. KRAMER (SBN 181706)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California, 94105
Phone:  (415) 848-4900
Facsimile:  (415) 848-4999
Email: BunsowH@howrey.com
        KramerR@howrey.com

Attorneys for Defendants
ASM INTERNATIONAL, N.V.
ASM AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHERMAN & ASSOCIATES, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ASM INTERNATIONAL N.V., a Netherlands Corporation, and ASM AMERICA, INC., a Delaware Corporation,<br><br>Defendants. | No. Case No.C-05-05008 RMW<br><br>**STIPULATION AND  ORDER DISMISSING ACTION WITH PREJUDICE** |

1    IT IS HEREBY STIPULATED by and between the parties to this action through their counsel

2  of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal

3  Rule of Civil Procedure 41(a). Each party shall bear its own costs and attorneys' fees.

4

5  DATED: June 8, 2006

6

7  _____                    ____/s/_____
                                                       Clark S. Stone
8  SHERMAN & ASSOCIATES, INC.

9                                                      MacPHERSON KWOK CHEN & HEID LLP
                                                       Attorneys for Plaintiff Sherman & Associates, Inc.
10

11  DATED: May 24, 2006

12

13  _____                    ____/s/_____
    ASM INTERNATIONAL, N.V.                            Henry Bunsow
14  ASM AMERICA, INC.

15                                                     HOWREY LLP
                                                       Attorneys for Defendants ASM International, N.V.
16                                                     and ASM America, Inc.

17

18

19  IT IS SO ORDERED.

20
    DATED: __6/8/06_____, 2006                       _Ronald M. Whyte_____
21                                                     The Honorable Ronald M. Whyte

22

23

24

25

26

27

28

**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF SIGNATURE**

(General Order 45)

Pursuant to N.D. Cal. General Order 45, I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories and I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document:

Dated: June 8, 2006                         MacPHERSON KWOK CHEN & HEID LLP


By _____/s/_____
                Clark S. Stone