United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   SHERMAN & ASSOCIATES, INC. ET AL.,          No. C 11-00827 CRB

12          Plaintiffs,                          **ORDER OF SUA SPONTE
                                                 REFERRAL AS TO WHETHER**
13      v.                                       **CASES ARE RELATED**

14   OXFORD INSTRUMENTS, PLC ET AL.,

15          Defendants.
                                              /
16

17        Northern District of California Civil Local Rule 3-12(c) provides: "Whenever a Judge

18   believes that a case pending before that Judge is related to another case, the Judge may refer

19   the case to the Judge assigned to the earliest-filed case with a request that the Judge assigned

20   to the earliest-filed case consider whether the cases are related."

21        In reviewing the parties' papers in connection with Defendant Patent Owner ASM

22   America's Motion to Dismiss (dkt. 27), it has come to the Court's attention that this action

23   might be related to Sherman & Assoc., Inc. v. ASM Int'l N.V. et al., Case No. 05-5008.  The

24   parties agreed at the motion hearing today that the patent at issue in this case was also at

25   issue in the earlier action.  Sherman and ASM are parties in both cases.  And, most critically,

26   it was in order to resolve the earlier action that Sherman and ASM entered into a written

27   contract whereby Sherman transferred to ASM title to a number of Sherman's patents,

28   including the patent at issue in this case.  Mot. at 3.  Resolution of ASM's present Motion

depends upon interpreting that contract – specifically, determining whether that contract confers upon Sherman a sufficient ownership interest to bring this infringement action.

Accordingly, pursuant to Rule 3-12(c), this action is referred to the Honorable Judge Ronald M. Whyte for a determination of whether this action is related to <u>Sherman & Assoc., Inc. v. ASM Int'l N.V. et al.</u>, Case No. 05-5008.

**IT IS SO ORDERED.**

Dated: November 18, 2011

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

G:\CRBALL\2011\827\order referring.wpd                    2