***E-FILED - 1/5/12***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHERMAN & ASSOCIATES, INC., et al.,<br><br>   Plaintiff,<br><br>   v.<br><br>OXFORD INSTRUMENTS, PLC, et al.,<br><br>   Defendants.<br>_____<br><br>SHERMAN & ASSOCIATES, INC., et al.,<br><br>   Plaintiff,<br><br>   v.<br><br>ASM INTERNATIONAL N.V., et al.,<br><br>   Defendants. | CASE NO.: C-11-00827-CRB<br><br><br><br><br><br><br><br><br>CASE NO.: C-05-05008-RMW<br><br><br><br>ORDER DETERMINING THAT CASES ARE NOT RELATED |

   This case was referred to me to determine whether it should be related to the earlier filed case entitled Sherman & Associates, Inc. v. ASM International N.V., et al., Case No. C-05-05008-RMW.  The Court determines that the cases should not be related because the earlier case was settled shortly after it was filed and without any substantive involvement by me.

DATED: 1/5/12

_Ronald M Whyte_
_____
RONALD M. WHYTE
United States District Judge

| | |
|---|---|
| 1 | |
| 2 | Copy of Order E-Filed to Counsel of Record: |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

ORDER DETERMINING THAT CASES ARE NOT RELATED
NO. C-11-00827-RMW