1

2

*E-FILED - 1/5/12*

IN THE UNITED STATES DISTRICT COURT

3

FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

SAN JOSE DIVISION

5

6   SHERMAN & ASSOCIATES, INC., et al.,

7            Plaintiff,                               CASE NO.: C-11-00827-CRB

8        v.

9   OXFORD INSTRUMENTS, PLC, et al.,

10           Defendants.

11   _____

12   SHERMAN & ASSOCIATES, INC., et al.,

13           Plaintiff,                               CASE NO.: C-05-05008-RMW

14       v.

15   ASM INTERNATIONAL N.V., et al.,                  ORDER DETERMINING THAT CASES ARE
                                                      NOT RELATED
16           Defendants.

17

18

19

20

21          This case was referred to me to determine whether it should be related to the earlier filed

case entitled Sherman & Associates, Inc. v. ASM International N.V., et al., Case No. C-05-05008-
22
RMW.  The Court determines that the cases should not be related because the earlier case was
23
settled shortly after it was filed and without any substantive involvement by me.
24

25
DATED: 1/5/12
26
                                                     _Ronald M Whyte_
27                                                   _____
                                                     RONALD M. WHYTE
                                                     United States District Judge
28

1

ORDER DETERMINING THAT CASES ARE NOT RELATED
NO. C-11-00827-RMW

1

2   Copy of Order E-Filed to Counsel of Record:

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

ORDER DETERMINING THAT CASES ARE NOT RELATED
NO. C-11-00827-RMW